**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

JOSEPH SPINA,

    Plaintiff,

v.                                                     Case No: 8:15-cv-2607-T-30TGW

CAPE MEDICAL BILLING, INC.,

    Defendant.

## ORDER OF DISMISSAL

Before the Court is the Stipulation to Dismiss With Prejudice Pursuant to Settlement (Dkt. #16).  Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.    The Stipulation to Dismiss With Prejudice Pursuant to Settlement (Dkt. #16) is approved.

2.    This cause is dismissed with prejudice.

3.    All pending motions are denied as moot.

4.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 18th day of May, 2016.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record